AO 91 (Rev. 11/11) Criminal Complaint

FILED
4/2/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Meredith Havekost (312) 399-9812

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MAJOR MCCOY

CASE NUMBER:  26-cr-147

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about April 1, 2026, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18, United States Code, Section 2113(a) | By intimidation, took from the person and presence of a bank employee approximately $250 in United States currency belonging to, and in the care, custody, control, management and possession of PNC Bank, located at 1231 North Wells Street, Chicago, Illinois, the deposits of which are insured by the Federal Deposit Insurance Corporation |

This criminal complaint is based upon these facts:

 X  Continued on the attached sheet.

S/Matthew Vaci

MATTHEW VACI
Task Force Officer, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: April 2, 2026

*Judge's signature*

City and state: Chicago, Illinois

YOUNG B. KIM, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, MATTHEW VACI, being duly sworn, state as follows:

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and have been so employed since approximately December 2024. I am a detective with the Chicago Police Department and have been so employed since approximately May 2013. I am currently assigned to the FBI's violent crimes task force, and my responsibilities include the investigation of violent crimes, including bank robbery, kidnapping, violations of the Hobbs Act, and the apprehension of violent fugitives, among others.

2. This affidavit is submitted in support of a criminal complaint alleging that MAJOR MCCOY has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging MCCOY with bank robbery by intimidation, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents who have knowledge of the events and circumstances described herein, law enforcement records, interviews of witnesses, my

review of bank surveillance video, my training and experience, and the training and experience of other law enforcement agents.

## FACTS SUPPORTING PROBABLE CAUSE

4. In summary, and as set forth in more detail below, on April 1, 2026, a man used a demand note to rob the PNC Bank located at 1231 North Wells Street in Chicago, Illinois ("PNC Bank") at approximately 1:24 p.m. A bank teller at PNC Bank complied with the demand note and gave the robber five $50 bills. Approximately twenty minutes after the robbery, law enforcement officers located and apprehended the robber approximately 0.3 miles south of PNC Bank after a brief foot chase. The robber was later identified as MAJOR MCCOY. When law enforcement apprehended MCCOY, he had two $50 bills in his left pants pocket that were marked with serial numbers which matched the bills given to the bank robber, and a handwritten demand note. After waiving his *Miranda* rights, MCCOY confessed to the robbery in a recorded interview.

### *Robbery of PNC Bank on April 1, 2026 in Chicago, Illinois*

5. According to bank surveillance video and as depicted below, at approximately 1:24 p.m. on April 1, 2026, a black male wearing a plain black baseball style hat, a blue zip-up jacket, gray sweatpants, white socks and black slip-on shoes entered PNC Bank.



6.      Surveillance video shows that the unidentified subject ("UNSUB") approached a teller ("Teller A"). As depicted below, surveillance video only captured the lower bodies of UNSUB and Teller A.



3

7. According to Teller A, UNSUB handed her a handwritten note which said something to the effect of, "Give me all your cash or I'll blow this place up."

8. Surveillance video captured Teller A reaching for something and then looking down at her hands, but UNSUB and the note are out of frame, as depicted below.



9. According to Teller A, she interpreted the note as a threat to blow up PNC Bank if she did not comply with UNSUB's demand for money. UNSUB also mumbled something under his breath which Teller A could not understand.

10.     The demand note, which was later recovered and pictured below, states:

"Get me all the money bills only or I will blow this Bitch NO ink pack or G.P.S."



11.     According to Teller A and as depicted in bank surveillance video, Teller A and UNSUB proceeded to a standalone teller station. Teller A unlocked the top drawer of the teller station and handed UNSUB bills, as depicted below.



5

12. Surveillance video captured UNSUB holding the money and what appears to be a white piece of paper. A still image from the surveillance video is depicted below, as well as a still image zoomed in on UNSUB's hands.



Date: 04/01/2026 13:25:08.05
Camera: Teller TCR
Event: Alarm
DVR: PNC-OLDTOWN



13.     According to Teller A, after handing UNSUB bills from the top drawer, UNSUB demanded money from the second drawer of the teller station. Teller A recalled that UNSUB said something to the effect of, "the other drawer, get the money from the other drawer." As depicted below, surveillance video shows UNSUB pointing his finger in the direction of the teller station drawer's after Teller A handed him the money.

7



14.     According to Teller A, she informed UNSUB that the second drawer did not contain any money. UNSUB then walked out of the bank and began running once he reached outside.

15.     Bank surveillance video captured UNSUB walking out of PNC Bank at approximately 1:25 p.m.

16.     A branch banker ("Banker A") was in his office at PNC Bank at the time of the robbery. The wall facing the center of the bank in Banker A's office was made of glass panes, so the teller area was visible to Banker A. According to Banker A:

        a.      UNSUB entered PNC Bank at approximately 1:30 p.m.

8

b. Banker A looked up when UNSUB began speaking louder. Banker A observed Teller A and UNSUB at the teller station. UNSUB was very close to Teller A and Teller A appeared nervous and uncomfortable. UNSUB began pointing to things and said something to the effect of, "give me the money" or something about "money."

c. Banker A activated the silent alarm and then stood up in his office because he intended to go talk to UNSUB to find out what was happening. UNSUB began running out of the bank when Banker A stood up and looked into Banker A's office as he ran out of the bank with bills in his hands.

d. The teller station drawer from which Teller A retrieved money to give UNSUB contained five $50 bills, $250 total, which were "bait money."

e. Banker A followed UNSUB out of PNC Bank and closed the bank's doors. Banker A observed UNSUB take a left out of the building, heading south on North Wells Street.

17. Based on my training and experience, I know banks keep bait money, bills with recorded serial numbers, in bank teller drawers to be handed over during a robbery.

18. According to records from PNC Bank, the five bait bills that were in the teller station drawer were marked with the following serial numbers: PL08511866A, PL08511865A, PL08511858A, PL08511860A and PF12544405A.

### *CPD Arrest of MAJOR MCCOY*

19.     A Chicago Police Department officer ("CPD Officer-1") stated that she heard that a black male wearing a blue jacket had just robbed PNC Bank over radio dispatch. CPD Officer-1 was able to visually track UNSUB using City of Chicago Police Observation Devices ("PODs"). The PODs allowed CPD Officer-1 to provide CPD patrol units with a more detailed description of UNSUB, whom CPD Officer-1 described as a black male wearing a blue jacket, black hat, gray sweatpants, white socks, and black slip-on shoes.

20.     A Chicago Police Department sergeant ("CPD Officer-2") heard CPD Officer-1's description of UNSUB, the person who had just robbed PNC Bank, over dispatch radio. CPD Officer-2 observed an individual matching UNSUB's description at the intersection of North LaSalle Drive and West Maple Street, which is approximately 0.3 miles from PNC Bank.

21.     CPD Officer-2 exited his vehicle at approximately 1:43 p.m. As depicted in body-worn camera, the man matching UNSUB's description then fled on foot. After an about 10-second foot pursuit, CPD Officer-2 apprehended and detained the man matching UNSUB's description in the alley near 160 West Wendell Street. This location is about 0.3 miles south of PNC Bank. The bank is marked in red and the location of MCCOY's arrest is marked in purple on the map below.



22.     As captured in body-worn camera, the man, later identified as MCCOY, was not wearing a blue jacket or black hat when he was arrested but was still wearing gray sweatpants, white socks, and black slip-on shoes, and a black short-sleeved polo-style shirt.  MCCOY refused to provide his name to law enforcement agents at the scene of his arrest.

23.     CPD Officer-2 performed a protective pat down of MCCOY and felt crinkled paper in his left pants pocket, which CPD Officer-2 believed to be cash stolen from PNC Bank during the robbery. CPD Officer-2 recovered two $50 bills and a handwritten note that read, "Get me all the money bills only or I will blow this Bitch NO ink pack or G.P.S."

11

24.     A subsequent review of the two $50 bills recovered from MCCOY confirmed that the bills, bearing serial numbers PL08511865A and PF12544405A, were two of the five $50 bills that Teller A gave to the bank robber. A picture of the demand note and bills found in MCCOY's pants pocket is below.



25.     CPD officers tracked MCCOY's likely path of travel from PNC Bank to the location of his arrest. Upon this path, CPD officers located a blue jacket and black hat that matched those worn by the bank robber. CPD officers found these items near 116 West Elm Street, which is the address for Zelda Ormes Apartments, an

apartment building for senior citizens. This location is approximately 0.2 miles from PNC Bank and marked in green on the map below.



*MAJOR MCCOY's Post Arrest-Interview*

26.     MCCOY was transported to the Chicago Police Department Area 3 Detective Division and placed in an interview room. MCCOY told CPD officers his name when he arrived at the Area 3 Detective Division.

27.     An FBI Special Agent and FBI Task Force Officer (the "FBI agents") conducted an interview with MCCOY, which was electronically recorded.

28.     The FBI agents started the interview by reading MCCOY his *Miranda* rights and providing MCCOY with a form listing his rights. MCCOY stated he was waiving his rights and signed the written waiver form.

29.     During his interview MCCOY stated the following in summary and not verbatim:

a.      MCCOY had been released from the Metropolitan Correctional Center the morning of April 1, 2026.

b.      MCCOY admitted to robbing PNC Bank. MCCOY stated that he wore a blue jacket and hat during the robbery but ditched the jacket and hat by an "old folks' home" in the area.

c.      MCCOY stated that he used a note to rob PNC Bank that said he had a bomb and would "blow this bitch up." When asked his intentions in using a note that said "im gonna blow this bitch," MCCOY replied, "Intimidation."

d.      MCCOY related that he received five $50 bills from the bank teller. MCCOY explained that immediately after he robbed the bank, he tried to buy crack cocaine from an unknown individual. MCCOY stated that he gave this unknown individual three of the $50 bills but the unknown individual "fucked him over" and never gave him narcotics.

e.      FBI agents showed MCCOY three still images from PNC Bank's surveillance video during the time of the robbery. MCCOY identified himself in all three photographs.

14

FURTHER AFFIANT SAYETH NOT.

S/Matthew Vaci

MATTHEW VACI
Task Force Officer, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone April 2, 2026.

Honorable YOUNG B. KIM
United States Magistrate Judge

15